UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GERARD DEPASCALE, et al.,

                    Plaintiffs,         **ORDER**

      -against-                    CV 07-3558 (LDW)(ARL)

SYLVANIA ELECTRONIC PRODUCTS, INC.,
et al.,

                    Defendants.
---------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the defendants' letter application dated May 12, 2008, seeking to compel the plaintiffs to provide the defendants with a general medical records release. The plaintiffs oppose the request by letter also dated May 12, 2008. For the reasons set forth below, the defendants' request is granted in part.

      By way of background, the plaintiffs commenced this action on July 25, 2007, seeking, among other things, personal injury damages allegedly caused by the exposure of the plaintiffs to uranium, thorium, radioactive substances and industrial solvents discharged from the defendants nuclear facility. The plaintiffs claim they have all suffered serious damage to their health**.** After the initial conference, the parties agreed that medical authorizations would be provided to the defendants on a provider by provider basis. *See* Philips letter at 2. Pursuant to the agreement, on April 10, 2008, counsel for the defendants requested authorizations for sixteen medical providers. *See* Philips letter Ex. B. On April 15, 2008, counsel for the plaintiffs agreed to provide the authorizations. *See* Philips letter Ex. C. However, when the defendants' counsel questioned the timing of the production, counsel for the plaintiffs reneged on the agreement. *See* Philips letter Exs. D, E.

      In light of counsel's change of heart, the defendants now seek a general release of all medical records. The plaintiffs oppose the request claiming that the defendants are not entitled to a blanket release of all medical records on the basis of relevancy. The court agrees. However, the plaintiffs are directed to provide the defendants with authorizations to release the medical records maintained by the sixteen medical providers listed in Exhibit B by **May 28, 2008.**

Dated: Central Islip, New York         **SO ORDERED:**
       May 19, 2008

                                                           _____
                                                          ARLENE ROSARIO LINDSAY
                                                          United States Magistrate Judge