<u>**CIVIL CAUSE
ON TRIAL**</u>

**BEFORE: WEXLER, J.**          **DATE:** <u>NOVEMBER 12, 2009</u>     **TIME: 9:30 A.M.**

<u>**DOCKET #:**</u>  <u>**CV 07-3558**</u>                           **TOTAL TIME: 4 HRS**

**TITLE:**     <u>**DEPASCALE**</u>          <u>**V.**</u>          <u>**SYLVANIA**</u>

    **APPEARANCES:**

       <u>**Pltff**</u>  -  **JOSEPH GONZALEZ, ESQ**
                **KEITH A. ROBINSON, ESQ**

       <u>**Defts**</u>  -  **JOHN PHILLIPS, ESQ**
                **NED N. ISOKAWA, ESQ**
                **ROBERT L. FOLKS, ESQ**
                **ANDREW G. HORNE, ESQ**
                **WILLIAM H. PRATT, ESQ**

       <u>**Court Reporter**</u>   **HARRY RAPAPORT**

**CASE CALLED.**

**COUNSEL PRESENT.**

**TRIAL RESUMED.**

**DELIBERATION RESUMED.**

**JURY RETURNS AND RENDERS ITS VERDICT,**

**JURY FINDS IN FAVOR OF PLAINTIFF IN THE AMOUNT OF $12,000,000.00 -**

**SEE VERDICT SHEET.**

**JURY POLLED.  JURY DISCHARGED.**

**DEFENDANTS' MOTION TO SET ASIDE JURY VERDICT.**

**PARTIES TO SUBMIT BRIEFS IN**

**TRIAL CONCLUDED.**