# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARD DEPASCALE, LIAM NEVILLE, AND JOANNE DEPASCALE<br><br>Plaintiffs,<br><br>vs.<br><br>**SYLVANIA ELECTRIC PRODUCTS INC.**, individually; **GTE CORPORATION**, individually and as successor to GTE OPERATIONS SUPPORT INCORPORATED, GTE SYLVANIA INCORPORATED, SYLVANIA-CORNING NUCLEAR CORPORATION, GT&E SYLVANIA INCORPORATED, GTE PRODUCTS CORPORATION, SYLVANIA ELECTRIC PRODUCTS INC., and GENERAL TELEPHONE & ELECTRONICS CORPORATION; **VERIZON COMMUNICATIONS INC.**, individually and as successor to GTE OPERATIONS SUPPORT INCORPORATED, GTE CORPORATION, GTE SYLVANIA INCORPORATED, SYLVANIA-CORNING NUCLEAR CORPORATION, GT&E SYLVANIA INCORPORATED, GTE PRODUCTS CORPORATION, SYLVANIA ELECTRIC PRODUCTS INC., and GENERAL TELEPHONE & ELECTRONICS CORPORATION; **GTE PRODUCTS OF CONNECTICUT CORPORATION**, individually and as parent and/or successor to GTE OPERATIONS SUPPORT INCORPORATED, GTE CORPORATION, GTE SYLVANIA INCORPORATED, SYLVANIA-CORNING NUCLEAR CORPORATION, GT&E SYLVANIA INCORPORATED, GTE PRODUCTS CORPORATION, SYLVANIA ELECTRIC PRODUCTS INC., and GENERAL TELEPHONE & ELECTRONICS | DOCKET NO. CV-07-3558 (LDW) (ARL)<br><br><br><br><br><br><br><br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

| | |
|---|---|
| CORPORATION; **GTE OPERATIONS SUPPORT INCORPORATED**, individually and as successor to GTE CORPORATION, GTE SYLVANIA INCORPORATED, SYLVANIA-CORNING NUCLEAR CORPORATION, GT&E SYLVANIA INCORPORATED, GTE PRODUCTS CORPORATION, SYLVANIA ELECTRIC PRODUCTS INC., and GENERAL TELEPHONE & ELECTRONICS CORPORATION; **OSRAM SYLVANIA INC.,** individually and as successor to GTE OPERATIONS SUPPORT INCORPORATED, GTE CORPORATION, GTE SYLVANIA INCORPORATED, SYLVANIA-CORNING NUCLEAR CORPORATION, GT&E SYLVANIA INCORPORATED, GTE PRODUCTS CORPORATION, SYLVANIA ELECTRIC PRODUCTS INC., and GENERAL TELEPHONE & ELECTRONICS CORPORATION; **OSRAM SYLVANIA PRODUCTS INC.,** individually and as successor to GTE OPERATIONS SUPPORT INCORPORATED, GTE CORPORATION, GTE SYLVANIA INCORPORATED, SYLVANIA-CORNING NUCLEAR CORPORATION, GT&E SYLVANIA INCORPORATED, GTE PRODUCTS CORPORATION, SYLVANIA ELECTRIC PRODUCTS INC., and GENERAL TELEPHONE & ELECTRONICS CORPORATION; and DOES 1-1000, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF ASSOCIATION OF COUNSEL

PLEASE TAKE NOTICE that JOSEPH GONZALEZ, ATTORNEY AT LAW hereby associates in as co-counsel for Plaintiff Gerard Depascale, Plaintiff Liam Neville and Plaintiff Joanne Depascale. The name, office address, telephone number, facsimile number of the associated counsel is:

>Joseph Gonzalez, Attorney at Law
>Gonzalez  Zola Wegman
>600 Hampshire Rd., Ste. 201
>Westlake Village, CA 91361
>T. 805-230-2160
>F. 805-230-2161

Dated:  September 29, 2010

Darren S. Enenstein

ENENSTEIN & RIBAKOFF, APC

_____
Darren S. Enenstein

Dated:  September 29, 2010

Joseph Gonzalez

_____
Joseph Gonzalez

Co-Counsel for Plaintiffs
Gerard Depascale, Liam Neville and
Joanne Depascale.